IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD DAMROW, | CASE NO. 4:05-cv-3041 |
| Plaintiff, | |
| vs. | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | **ORDER** |
| Defendants. | |

THIS MATTER is before the Court on the Joint Motion of the Plaintiff and Defendants for leave to depose Dennis Damrow (Inmate Register No. 18785-047), a federal prisoner, who is in the custody of the Federal Bureau of Prisons and serving a term of forty (40) months incarceration at FCI Florence, Federal Correctional Institution, 5880 Highway 67 South, Florence Colorado; and for an order directing the Warden of FCI Florence to produce Dennis Damrow for deposition at FCI Florence at a date and time to be determined after consultation with the appropriate Federal Bureau of Prisons' personnel and counsel.  (Filing No. 33)  The Court being fully advised in the premises finds that the Parties' Joint Motion for Leave to Depose Federal Prisoner should be granted.

IT IS ORDERED that the Parties are granted leave of this Court to depose Dennis Damrow.  The Federal Bureau of Prisons and the Warden of FCI Florence shall produce Dennis Damrow for deposition at FCI Florence, for two (2) consecutive days, at a date and time to be determined by the Parties following consultation with the appropriate Federal Bureau of Prisons' personnel.

IT IS FURTHER ORDERED that the deposition of Dennis Damrow shall not exceed fourteen (14) hours in duration, taken over the course of two (2) consecutive days, and shall be

taken for use at trial, by stenographic means, and that the Plaintiff or the Defendants or both may videotape the deposition for that purpose.

    SO ORDERED.

    DATED this 30th day of June, 2005.

                                      BY THE COURT:

                                      s/David L. Piester  
                                      United States Magistrate Judge