IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD DAMROW, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3041 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing 32, is granted and the deadline for plaintiff to file an amended complaint is extended to July 15, 2005.

DATED June 30, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge