## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WAYNE ABRAHAMSON, BERGMAN BROTHERS, and WAYNE CARLSON, | ) ) ) ) | **4:05CV3039** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |
| _____ | ) ) | |
| PHILLIP M, KELLY, as Trustee of the bankruptcy estate of DENNIS R. DAMROW, together with SHERRY DAMROW, as their interests may be established, | ) ) ) ) ) ) | **4:05CV3040** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| DONALD DAMROW, | ) | **4:05CV3041** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF | ) | **MEMORANDUM** |
| HOLDREGE, KENNETH | ) | **AND ORDER** |
| SLOMINSKY, ERIC TITUS, | ) | |
| RONALD STERR, TIM WIEBE, | ) | |
| JEANETTE HARDEN, KIRK | ) | |
| RILEY, MARK UTTER, and | ) | |
| DOUGLAS SCOTT LATTER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| MARTIN DAMROW, | ) | **4:05CV3042** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF | ) | **MEMORANDUM** |
| HOLDREGE, KENNETH | ) | **AND ORDER** |
| SLOMINSKY, ERIC TITUS, | ) | |
| RONALD STERR, TIM WIEBE, | ) | |
| JEANETTE HARDEN, KIRK | ) | |
| RILEY, MARK UTTER, and | ) | |
| DOUGLAS SCOTT LATTER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DAMROW and DAMROW, a              )          **4:05CV3043**
General Partnership,              )
                                 )
                Plaintiff,        )
                                 )
          vs.                     )
                                 )
FIRST NATIONAL BANK OF           )          **MEMORANDUM**
HOLDREGE, KENNETH                )          **AND ORDER**
SLOMINSKY, ERIC TITUS,           )
RONALD STERR, TIM WIEBE,         )
JEANETTE HARDEN, KIRK            )
RILEY, MARK UTTER, and           )
DOUGLAS SCOTT LATTER,            )
                                 )
                Defendants.       )
_____ )
                                 )
DAMROW FARMS, a                  )          **4:05CV3044**
General Partnership,             )
                                 )
                Plaintiff,        )
                                 )
          vs.                     )
                                 )
FIRST NATIONAL BANK OF           )          **MEMORANDUM**
HOLDREGE, KENNETH                )          **AND ORDER**
SLOMINSKY, ERIC TITUS,           )
RONALD STERR, TIM WIEBE,         )
JEANETTE HARDEN, KIRK            )
RILEY, MARK UTTER, and           )
DOUGLAS SCOTT LATTER,            )
                                 )
                Defendants.       )
_____ )

-3-

I previously entered orders in each of these cases granting motions to dismiss, accompanied by judgments.  The plaintiffs in each of these six cases have filed motions to alter or amend the dismissal orders (and, presumably, the judgments) to allow them to file amended complaints.  No proposed amended complaints were filed. Upon consideration, I find that the motions should be denied.

IT IS ORDERED:

1.      The motions to alter or amend the judgment (4:05CV3039, filing 48; 4:05CV3040, filing 49; 4:05CV3041, filing 44; 4:05CV3042, filing 43; 4:05CV3043, filing 46; 4:05CV3044, filing 48) are denied; and

2.      The Clerk of the Court is directed to file this memorandum and order in each of the individual cases reflected in the joint caption.

February 15, 2006.                          BY THE COURT:

                                            s/Richard G. Kopf
                                            United States District Judge

-4-